UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTURO SEPULVEDA AYALA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, KIKA SCOTT, Senior Official performing the duties of United States Citizenship and Immigration Services Director, DEPUTY DIRECTOR OF NEBRASKA SERVICE CENTER, NATHALIE ASHER, Immigration and Customs Enforcement Seattle Field Office Director, BRUCE SCOTT, Northwest ICE Processing Center Warden, UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 3:25-cv-5185-JNW<br><br>ORDER TO SHOW CAUSE |

On March 5, 2025, Plaintiff Arturo Sepulveda Ayala filed a complaint for mandamus relief, seeking to compel the Defendants to adjudicate his U visa application. Dkt. No. 1. Sepulveda Ayala also moved for a temporary restraining order (TRO), requesting that the Court grant him a stay of removal "today, March 5,

ORDER TO SHOW CAUSE - 1

2025[.]" Dkt. No. 2 at 9. In his TRO motion, Sepulveda Ayala does not state whether he seeks a TRO without notice to Defendants, but given that he requests relief today, he appears to ask the Court to rule on his motion without Defendants' response.

The Court may issue a TRO without notice to the adverse party only if the moving party shows that immediate and irreparable injury will occur before the adverse party can be heard *and* the movant's attorney certifies "any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1). If these requirements are not met, the petitioner "must serve all motion papers on the opposing party, by electronic means if available, before or contemporaneously with the filing of the motion and include a certificate of service with the motion." LCR 65(b)(1). "Motions for temporary restraining orders without notice to and an opportunity to be heard by the adverse party are disfavored and will rarely be granted." *Id.*

After reviewing Sepulveda Ayala's TRO motion, the Court finds that Sepulveda Ayala has not established that a TRO should issue without notice to Defendants. Accordingly, the Court ORDERS Sepulveda Ayala to show cause, in writing, by no later than 5:00 p.m. Pacific time, March 6, 2025, that immediate and irreparable injury will occur before Defendants may be heard in opposition, or serve Defendants with a copy of his motion papers.

Dated this 5th day of March, 2025.

　　　　　　　　　　　　　　　　　　*Jamal W.*
　　　　　　　　　　　　　　　　　　Jamal N. Whitehead
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE - 3