UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO SEPULVEDA AYALA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM et al.,<br><br>Defendants. | CASE NO. 3:25-cv-5185-JNW<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

The Court raises this matter sua sponte. On April 26, 2025, the Court issued a Temporary Restraining Order (TRO) precluding the Government from deporting or transferring Plaintiff Arturo Sepulveda Ayala—the TRO is set to expire on May 9, 2025. Dkt. No. 9. The parties filed a Joint Status Report establishing a briefing schedule for Plaintiff's Motion for a Preliminary Injunction. Dkt. No. 10. Under this schedule, Defendants' opposition is due May 7, 2025, and Plaintiff's reply is due May 8, 2025—the day before the TRO is set to expire. This schedule does not provide the Court with sufficient time to consider the parties' arguments before the TRO expires.

ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

Thus, the Court finds good cause to extend its TRO for another 14 days so that it may consider the pending motion for a preliminary injunction on the merits. *See* Fed. R. Civ. P. 65(b)(2). The extension preserves the status quo while the Court evaluates whether preliminary injunctive relief is warranted.

Accordingly, the Court EXTENDS its TRO until May 23, 2025, unless ordered otherwise. In sum, the TRO enjoins "Defendants and all their officers, agents, servants, employees, attorneys, and persons acting on their behalf in concert or in participation with them . . . from: (a) Removing or deporting Sepulveda Ayala from the United States; and (b) Transferring Sepulveda Ayala from the Northwest ICE Processing Center to any other facility during the pendency of these proceedings." Dkt. No. 9 at 8.

Dated this 5th day of May, 2025.

Jamal N. Whitehead
United States District Judge