**DETAINED**

Kelly Vomacka
GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA 98104-1003
(206) 682-1080
kelly.vomacka@ghp-law.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA, WASHINGTON

| | |
|---|---|
| ARTURO SEPULVEDA AYALA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.;*<br><br>Defendants. | CASE NO.: 3:25-cv-5185-JNW<br><br>STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>May 12, 2025 |

Under Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiff and Defendants (the "Parties") respectfully request that the Court enter an order extending the deadline for Plaintiff to respond to Defendant's Motion to Dismiss by 14 days, from Monday, May 26, 2025, to Monday, June 9, 2025, for good cause, and for the Defendants to file their reply by June 16, 2025. The Parties stipulate as follows:

| | | |
|---|---|---|
| STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND ORDER<br><br>CASE NO.: 3:25-CV-5185-JNW | Page 1 | Gibbs Houston Pauw<br>1000 Second Avenue, Suite 1600<br>Seattle, WA 98104<br>(206) 682-1080 |

1. This is the first extension of time sought by Plaintiff to respond to the Defendant's Motion to Dismiss or for any other purpose during the litigation.

2. Plaintiff's current deadline to respond to the Motion to Dismiss is Monday, May 26, 2025.

3. Plaintiff seeks relief under mandamus seeking adjudication of whether he should be placed on the U visa waitlist, adjudication of the U visa itself, and adjudication of his application for advance permission to enter as a nonimmigrant. He also seeks relief under the Administrative Procedures Act because his applications have been unreasonably delayed and unreasonably denied.

4. This extension is sought in good faith and not for the purpose of delay. Plaintiff's counsel has determined that she needs the full time available to properly respond to the Motion to Dismiss and she is also navigating emerging health issues. The Parties conferred on May 12, 2025, and stipulate to the requested relief.

Accordingly, for good cause shown, the Parties request that the Court grant this Stipulated Motion and extend Plaintiff's deadline to respond to the Motion to Dismiss from May 26, 2025, to June 9, 2025, and to extend Defendants' deadline to reply to June 16, 2025.

*I certify that this memorandum contains 273 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND ORDER

Page 2

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080

CASE NO.: 3:25-CV-5185-JNW

Dated: May 12, 2025

Respectfully submitted,

*/s/ Kelly Vomacka*
KELLY VOMACKA, WSBA #20090
GIBBS HOUSTON PAUW
1000 Second Ave., Suite 1600
Seattle, WA 98104
(206) 682-1080
kelly.vomacka@ghp-law.net
*Attorney for Plaintiff*

TEAL LUTHY MILLER
Acting United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3800
Fax: (253) 428-3826
Email: michelle.lambert@usdoj.gov
*Attorneys for Federal Defendants*

STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND ORDER

CASE NO.: 3:25-CV-5185-JNW

Page 3

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA, WASHINGTON

ARTURO SEPULVEDA AYALA,

    Plaintiff,

v.

KRISTI NOEM, *et al.;*

    Defendants.

No. 3:25-cv-5185-JNW

ORDER

**ORDER**

For good cause shown, the Stipulated Motion to Extend Time for Plaintiff to Respond to Defendants' Motion to Dismiss is **GRANTED**. Dkt. No. 19. Plaintiff shall respond to Defendants' Motion to Dismiss on or before June 9, 2025, and Defendants shall file a reply, if any, by June 16, 2025. It is so **ORDERED**.

DATED this 14th day of May, 2025.

_____
HON. JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND ORDER

CASE NO.: 3:25-CV-5185-JNW

Page 4

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080